**Order entered June 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01385-CR

### RAMON MARTINEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-61013-S**

## ORDER

The Court **REINSTATES** the appeal.

On May 20, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On June 2, 2015, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the May 20, 2015 order requiring findings.

Court reporter Debi Harris did not include State's Exhibit nos. 1, 2, 3, and 8, DVDs, with the record she filed. Therefore, we **ORDER** court reporter Debi Harris to file, within **SEVEN DAYS** of the date of this order, a supplemental record with State's Exhibit nos. 1, 2, 3, and 8.

Appellant's brief is due by July 27, 2015.

We **DIRECT** the Clerk to send copies of this order to Debi Harris, court reporter, and to counsel for all parties.

/s/    ADA BROWN
JUSTICE